■ In the Matter of BETTY O. MUKA, Petitioner, v JAMES J. CLYNES, JR., as City Court Judge of the City of Ithaca, Respondent.—Application for judgment pursuant to CPLR article 78, denied and petition dated November 18, 1977 dismissed, without costs. The proceeding is improperly instituted in this court (CPLR 7804, subd [b]; 506, subd [b]; see *Matter of Jemzura v*

*McCue,* 41 AD2d 859). Mahoney, P. J., Greenblott, Sweeney, Kane and Larkin, JJ., concur.